No. 99–9241.  STEVENSON v. UNITED STATES.  C. A. 2d Cir.
Certiorari denied.

No. 99–9242.  GODWIN v. UNITED STATES.  C. A. 7th Cir.
Certiorari denied.

No. 99–9243.  DEHANEY v. UNITED STATES.  C. A. 2d Cir.
Certiorari denied.

No. 99–9246.  GEERS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 99–9254.  FULLER v. UNITED STATES.  C. A. 7th Cir.
Certiorari denied.

No. 99–9261.  COLEMAN v. UNITED STATES.  C. A. 11th Cir.
Certiorari denied.

No. 99–9262.  ALEXANDER v. FLOWERS, WARDEN.  C. A. 10th
Cir.  Certiorari denied.

No. 99–9270.  McSWAIN v. UNITED STATES.  C. A. 10th Cir.
Certiorari denied.